# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2021

162958 & (4)(5)(6)(12)(13)(15)(17)(18)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

STACY L. ERWIN OAKES,
      Plaintiff,

v

SC: 162958

SAGINAW COUNTY CIRCUIT COURT and
SAGINAW COUNTY CLERK,
      Defendants.

_____/

On order of the Court, the motion to supplement brief is GRANTED. The motions for immediate consideration are GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. On its own motion, the Court has determined that the plaintiff has "habitually, persistently, and without reasonable cause engage[d] in vexatious conduct," MCR 7.316(C)(3), so the plaintiff is prohibited from filing actions in this Court without the filing fee. The ex parte motion for consideration of complaint, the motion requesting issuance of TRO, the motion to withdraw pleadings, and the motion for courtroom assignment are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2021



Clerk

b0726